UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIGIN MATERIALS OPERATING, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLUETRITON BRANDS, INC., <br><br> Defendant. | Case No. 22-cv-09138-HSG <br><br> **SCHEDULING ORDER** |

A case management conference was held on April 4, 2023. Having considered the parties' proposals, *see* Dkt. No. 19, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Parties Serve Initial Disclosures | April 4, 2023 (Plaintiff Served) <br> April 11, 2023 (Defendant to Serve) |
| Fact Discovery Opens | April 11, 2023 |
| Amendment of Pleadings/Joinder | June 1, 2023 |
| Fact Discovery Closes | October 12, 2023 |
| Expert Reports | October 12, 2023 |
| Rebuttal Expert Reports | November 2, 2023 |
| Expert Discovery Closes | November 16, 2023 |
| Deadline to File Dispositive Motions and Daubert Motions | December 7, 2023 |

| Event | Deadline |
|---|---|
| Hearing Regarding Dispositive Motions and Daubert Motions | January 18, 2024, at 2:00 p.m. |
| Parties Exchange Final Witness Lists (including lay and expert witness statements), Final Deposition Designations, Final Exhibit Lists and one copy of all exhibits, Proposed Jury Instructions, Proposed Jury Verdict Forms | January 25, 2024 |
| Parties Exchange Objections to Witness Lists, Objections to Deposition Designations, Objections to Exhibits, Objections to Jury Instructions, Objections to Jury Verdict Forms, Rebuttal Deposition Designations | February 1, 2024 |
| Parties Exchange Objections to Rebuttal Deposition Designations | February 8, 2024 |
| Deadline to File Pretrial Statement, Deadline to File Motions in Limine, Deadline to file proposed questions for Voir Dire, proposed Verdict Forms, joint preliminary statement to be read to the jury, joint set of jury instructions (including agreed and contested instructions) | February 15, 2024 |
| Deadline for Parties to Make Good Faith Effort to Stipulate to Admissibility of Exhibits | February 15, 2024 |
| Deadline to File Oppositions to Motions in Limine | March 7, 2024 |
| Deadline for Parties to meet and confer regarding agreed-upon resolution of any objections | March 15, 2024 |
| Deadline for any party wanting daily transcript or realtime reporting to make arrangements with Court Reporter Supervisor | March 15, 2024 |
| Pretrial Conference | April 16, 2024, at 3:00 p.m. |

| Event | Deadline |
|---|---|
| Deadline to Provide Three Sets of Exhibits to Court | April 23, 2024 |
| Jury Trial (5 days) | May 6, 2024, at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This order terminates Docket No. 19.

**IT IS SO ORDERED.**

Dated:    4/17/2023

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge