COOLEY LLP
BOBBY A. GHAJAR (198719)
bghajar@cooley.com
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

COOLEY LLP
BRIAN J. FOCARINO (305382)
bfocarino@cooley.com
500 Boylston Street, 14th Floor
Boston, MA 02118
Telephone: (617) 937-2347
Facsimile: (617) 937-2400

Attorneys for Plaintiff
*ORIGIN MATERIALS OPERATING, INC.*

LEWIS BRISBOIS BISGAARD & SMITH LLP
JONATHAN S. PINK (179685)
Jonathan.pink@lewisbrisbois.com
DANIEL C. DECARLO (160307)
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant

*BLUETRITON BRANDS, INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ORIGIN MATERIALS OPERATING, INC.,

Plaintiff,

v.

BLUETRITON BRANDS, INC.,

Defendant.

Case No. 4:22-cv-09138-HSG

**STIPULATION AND ORDER TO EXTEND MEDIATION, DISCOVERY CUT-OFF, AND CASE SCHEDULE**

Complaint filed: December 28, 2022

Plaintiff Origin Materials Operating, Inc. ("Plaintiff" or "Origin") and Defendant BlueTriton Brands, Inc. ("Defendant" or "BlueTriton") submit this stipulation to extend the mediation deadline, discovery cut-off, and related deadlines. Due to travel, case and trial conflicts, scheduling, and ongoing discovery, the Parties request a brief continuance to allow them to schedule a mediation, and briefly continue the case deadlines by approximately eight (8) weeks. The Parties hereby stipulate as follows:

WHEREAS, Origin filed its Complaint in this case on December 28, 2022, and Defendant answered on March 23, 2023 (Dkt. Nos. 1 and 15).

WHEREAS, the Court set a schedule, as outlined below, with various case deadlines, including a mediation deadline of August 10 (Dkt. Nos. 22 and 23) and various case deadlines, including the discovery cut-off, summary judgment deadlines, and trial.

WHEREAS, since discovery opened in this case, the Parties have served and answered several sets of written discovery. Origin has made its first production of documents, and Defendant expects to do the same shortly, and both sides continue to review documents for production.

WHEREAS, the Parties intend to take various depositions, but due to the status of document production, have not yet scheduled those depositions, and need additional time to do so.

WHEREAS, the Parties have been meeting-and-conferring on discovery disputes, but none are yet ripe to bring to the Court's attention; thus, the proposed extension of time would allow the Parties to continue to meet-and-confer in an effort to avoid burdening the Court with discovery motion practice.

WHEREAS, the Parties are in the process of identifying a mutually-agreeable mediator and scheduling a mediation, but need additional time to (i) clear conflicts with a suitable mediator; (ii) schedule the mediation for a date that works for the Parties and their counsel; and (iii) prepare for the mediation. The Parties have already exchanged a list of potentially agreeable mediators. As such the Parties intend to do so by September 28, approximately a seven (7) week extension.

WHEREAS, counsel has various conflicts in September and October, which also impacts the ability to conduct an earlier mediation.

WHEREAS, given the need to reschedule the mediation to late-September, summer travel schedules, and counsels' other conflicts, the Parties request a commensurate continuance of the discovery cut-off to complete written discovery and deposition discovery. That, in turn, necessitates a continuance of the latter case deadlines (proposed below).

WHEREAS, the Parties' counsel have met, conferred, and – subject to the Court's approval – agreed upon the following schedule for this action, modifying the schedules set forth in Dkt. Nos. 22 and 23.

NOW THEREFORE, the Parties hereby stipulate that:

1. The deadline to conduct mediation shall be continued to September 28, 2023.
2. There shall be an eight (8) week extension of all discovery (including all fact discovery, expert discovery, and dispositive motion deadlines) and other case deadlines. The Parties are open to alternative dates as to those following the extended discovery cut-off dates.
3. The proposed schedule is as follows:

| Event | Proposed Extended Deadline |
|---|---|
| ADR Deadline | **September 28, 2023** |
| Fact Discovery Closes | **December 7, 2023** |
| Expert Reports | **December 7, 2023** |
| Rebuttal Expert Reports | **January 11, 2024** |
| Expert Discovery Closes | **January 25, 2024** |
| Deadline to File Dispositive Motions and Daubert Motions | **February 15, 2024** |
| Hearing Regarding Dispositive Motions and Daubert Motions | **March 28, 2024, at 2:00 p.m.** |
| Parties Exchange Final Witness Lists (including lay and expert witness statements), Final Deposition Designations, Final Exhibit Lists and one copy of all exhibits, Proposed Jury Instructions, Proposed Jury Verdict Forms | **April 4, 2024** |
| Parties Exchange Objections to Witness Lists, Objections to Deposition Designations, Objections to Exhibits, Objections to Jury Instructions, Objections to Jury Verdict Forms, Rebuttal Deposition Designations | **April 11, 2024** |
| Parties Exchange Objections to Rebuttal Deposition Designations | **April 18, 2024** |

| | |
|---|---|
| Deadline to File Pretrial Statement, Deadline to File Motions in Limine, Deadline to file proposed questions for Voir Dire, proposed Verdict Forms, joint preliminary statement to be read to the jury, joint set of jury instructions (including agreed and contested instructions) | **April 25, 2024** |
| Deadline for Parties to Make Good Faith Effort to Stipulate to Admissibility of Exhibits | **April 25, 2024** |
| Deadline to File Oppositions to Motions in Limine | **May 16, 2024** |
| Deadline for Parties to meet and confer regarding agreed-upon resolution of any objections | **May 23, 2024** |
| Deadline for any party wanting daily transcript or realtime reporting to make arrangements with Court Reporter Supervisor | **May 23, 2024** |
| Pretrial Conference | **June 25, 2024, at 3:00 p.m.** |
| Deadline to Provide Three Sets of Exhibits to Court | **July 2, 2024** |
| Jury Trial (5 days) | **July 15, 2024, at 8:30 a.m.** |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

Dated: August 15, 2023

By: */s/ Bobby A. Ghajar*
BOBBY A. GHAJAR

COOLEY LLP
BOBBY A. GHAJAR (198719)
bghajar@cooley.com
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

COOLEY LLP
BRIAN J. FOCARINO (305382)
bfocarino@cooley.com
500 Boylston Street, 14th Floor
Boston, MA 02118
Telephone: (617) 937-2347
Facsimile: (617) 937-2400

Attorneys for Plaintiff
ORIGIN MATERIALS OPERATING, INC.

Dated: August 15, 2023

By: */s/Jonathan S. Pink*
JONATHAN S. PINK

LEWIS BRISBOIS BISGAARD & SMITH LLP
JONATHAN S. PINK (179685)
Jonathan.pink@lewisbrisbois.com
DANIEL C. DECARLO (160307)
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant
BLUETRITON BRANDS, INC.

**ATTESTATION PURSUANT TO CIV. L. R. 5-1(i)(3)**

I hereby attest that concurrence in the filing of this document has been obtained from counsel of record for the Defendant.

Dated: August 15, 2023

By: */s/ Bobby A. Ghajar*
BOBBY A. GHAJAR (198719)
Attorneys for Plaintiff
ORIGIN MATERIALS OPERATING, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 8/17/2023

Haywood S. Gilliam, Jr.
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE