COOLEY LLP
BOBBY A. GHAJAR (198719)
bghajar@cooley.com
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:  (310) 883-6400
Facsimile:  (310) 883-6500

COOLEY LLP
BRIAN J. FOCARINO (305382)
bfocarino@cooley.com
J. ASHETON LEMAY (*Pro Hac Vice*)
alemay@cooley.com
500 Boylston Street, 14th Floor
Boston, Massachusetts 02116
Telephone:  (617) 937-2300
Facsimile:  (617) 937-2400

Attorneys for Plaintiff
*ORIGIN MATERIALS OPERATING, INC.*

LEWIS BRISBOIS BISGAARD & SMITH LLP
JONATHAN S. PINK (179685)
Jonathan.pink@lewisbrisbois.com
DANIEL C. DECARLO (160307)
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone:  (213) 250-1800
Facsimile:  (213) 250-7900

Attorneys for Defendant
*BLUETRITON BRANDS, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIGIN MATERIALS OPERATING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BLUETRITON BRANDS, INC.,<br><br>Defendant. | Case No. 4:22-cv-09138-HSG<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND AND REPLY RE: MOTION TO AMEND**<br><br>**[Civil Local Rule 6-2]** |

Under Civil Local Rule 6-2, Plaintiff Origin Materials Operating, Inc. ("Plaintiff") and Defendant BlueTriton Brands, Inc. ("BlueTriton") (collectively with the Plaintiff, "the Parties") stipulate and jointly request that the Court extend the deadlines set by Clerk's Notice (ECF No. 31) for Plaintiff to respond and Defendant to reply in connection with Defendant's Motion for Leave to File First Amendment Answer and Counterclaims and to Modify Scheduling Order (ECF No. 30), as follows:

| Event | Revised Proposed |
|---|---|
| Plaintiff's Response | October 26, 2023 |
| Defendant's Reply | November 9, 2023 |
| Motion Hearing | November 30, 2023 |

WHEREAS, on October 2, 2023, Defendant shared with Plaintiff a proposed first amended answer and counterclaim, asking if Plaintiff would stipulate to the amendment or to meet and confer prior to Defendant filing the motion (Declaration of Brian J. Focarino ("Focarino Decl." ¶2);

WHEREAS, on October 3, 2023, Defendant shared with Plaintiff a further revised amended pleading, and stated it would refrain from filing the motion until Thursday, October 5, 2023 (*Id*. ¶3);

WHEREAS, on October 5, 2023, before Plaintiff's counsel responded with its comments, Defendant filed its motion for leave to amend (ECF. No. 30) (*Id*. ¶4);

WHEREAS, on October 5, 2023, Plaintiff wrote to Defendant asking Defendant to further meet and confer to discuss the motion, and to discuss a briefing schedule for the motion that accounts for other deadlines in the case and other commitments of counsel, including a motion for another matter also due on October 19, 2023 (*Id*. ¶5);

WHEREAS, Plaintiff needs additional time to consider and brief the issues, as needed, and Defendant seeks a commensurate extension of time to file its reply (*Id.* ¶6);

WHEREAS, the Parties' requested extension likely will impact or alter the date of the motion hearing set for November 16, 2023 (*Id.* ¶7);

THE PARTIES HEREBY STIPULATE and jointly request that the Court extend by seven (7) days the deadline for Plaintiff to respond and by fourteen (14) days the deadline for Defendant

to reply in connection with the pending motion to amend, and for the hearing to move back to allow the Court adequate time to consider the briefing until November 30 or such other time that is available to the Court.

Dated: October 18, 2023

Respectfully submitted,

By: /s/ Brian Focarino
BRIAN FOCARINO

COOLEY LLP
BOBBY A. GHAJAR (198719)
bghajar@cooley.com
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

COOLEY LLP
BRIAN J. FOCARINO (305382)
bfocarino@cooley.com
J. ASHETON LEMAY (*Pro Hac Vice*)
alemay@cooley.com
500 Boylston Street, 14th Floor
Boston, Massachusetts 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

Attorneys for Plaintiff
ORIGIN MATERIALS OPERATING, INC.

Dated: October 17, 2023

By: /s/Jonathan S. Pink
JONATHAN S. PINK

LEWIS BRISBOIS BISGAARD & SMITH LLP
JONATHAN S. PINK (179685)
Jonathan.pink@lewisbrisbois.com
DANIEL C. DECARLO (160307)
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant
BLUETRITON BRANDS, INC.

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from all other signatories to this document.

Dated: October 18, 2023           By: */s/ Brian Focarino*
                                                        Brian Focarino

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all deadlines set by Clerk's Notice (ECF No. 31) in connection with Defendant's Motion for Leave to File First Amendment Answer and Counterclaims and to Modify Scheduling Order (ECF No. 30) are modified as follows:

| Event | Revised [Proposed] |
|---|---|
| Plaintiff's Response | October 26, 2023 |
| Defendant's Reply | November 9, 2023 |
| Motion Hearing | November 30, 2023 |

Dated: 10/19/2023

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE