COOLEY LLP
BOBBY A. GHAJAR (198719)
bghajar@cooley.com
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:   (310) 883-6400
Facsimile:   (310) 883-6500

COOLEY LLP
BRIAN J. FOCARINO (305382)
bfocarino@cooley.com
J. ASHETON LEMAY (Pro Hac Vice)
alemay@cooley.com
500 Boylston Street, 14th Floor
Boston, MA 02118
Telephone:   (617) 937-2347
Facsimile:   (617) 937-2400

Attorneys for Plaintiff
*ORIGIN MATERIALS OPERATING, INC.*

LEWIS BRISBOIS BISGAARD & SMITH LLP
JONATHAN S. PINK (179685)
Jonathan.pink@lewisbrisbois.com
DANIEL C. DECARLO (160307)
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone:   (213) 250-1800
Facsimile:   (213) 250-7900

Attorneys for Defendant
*BLUETRITON BRANDS, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIGIN MATERIALS OPERATING, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLUETRITON BRANDS, INC., <br><br> Defendant. | Case No. 4:22-cv-09138-HSG <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF AND CASE SCHEDULE** <br><br> Complaint filed: December 28, 2022 |

Pursuant to the Court's order (Dkt. 42), Plaintiff Origin Materials Operating, Inc. ("Plaintiff" or "Origin") and Defendant BlueTriton Brands, Inc. ("Defendant" or "BlueTriton") have met and conferred and submit this stipulation to extend the discovery cut-off and related deadlines. The Parties further agree that this extension is not based and may not be relied upon or used in connection with the pending motion to amend (Dkt. 30) filed by Defendant.

The Parties hereby stipulate that the proposed schedule is as follows:

| Event | Proposed Deadline |
|---|---|
| Fact Discovery Closes | **January 18, 2024** |
| Expert Reports | **January 18, 2024** |
| Rebuttal Expert Reports | **February 5, 2024** |
| Expert Discovery Closes | **February 21, 2024** |
| Deadline to File Dispositive Motions and Daubert Motions | **March 6, 2024** |
| Hearing Regarding Dispositive Motions and Daubert Motions | **April 11, 2024, at 2:00 p.m.** |
| Parties Exchange Final Witness Lists (including lay and expert witness statements), Final Deposition Designations, Final Exhibit Lists and one copy of all exhibits, Proposed Jury Instructions, Proposed Jury Verdict Forms | **April 17, 2024** |
| Parties Exchange Objections to Witness Lists, Objections to Deposition Designations, Objections to Exhibits, Objections to Jury Instructions, Objections to Jury Verdict Forms, Rebuttal Deposition Designations | **April 24, 2024** |
| Parties Exchange Objections to Rebuttal Deposition Designations | **May 1, 2024** |
| Deadline to File Pretrial Statement, Deadline to File Motions in Limine, Deadline to file proposed questions for Voir Dire, proposed Verdict Forms, joint preliminary statement to be read to the jury, joint set of jury instructions (including agreed and contested instructions) | **May 8, 2024** |
| Deadline for Parties to Make Good Faith Effort to Stipulate to Admissibility of Exhibits | **May 8, 2024** |
| Deadline to File Oppositions to Motions in Limine | **May 22, 2024** |
| Deadline for Parties to meet and confer regarding agreed-upon resolution of any objections | **May 29, 2024** |
| Deadline for any party wanting daily transcript or realtime reporting to make arrangements with Court Reporter Supervisor | **May 29, 2024** |
| Pretrial Conference | **June 25, 2024, at 3:00 p.m.** **[NO CHANGE TO EXISTING]** |

| | |
|---|---|
| Deadline to Provide Three Sets of Exhibits to Court | **July 2, 2024**<br>**[NO CHANGE TO EXISTING]** |
| Jury Trial (5 days) | **July 15, 2024, at 8:30 a.m.**<br>**[NO CHANGE TO EXISTING]** |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  November 28, 2023

Respectfully submitted,

By:  */s/  Brian J. Focarino*
BRIAN J. FOCARINO

COOLEY LLP
BOBBY A. GHAJAR (198719)
bghajar@cooley.com
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:    (310) 883-6400
Facsimile:     (310) 883-6500

COOLEY LLP
BRIAN J. FOCARINO (305382)
bfocarino@cooley.com
J. ASHETON LEMAY (Pro Hac Vice)
alemay@cooley.com
500 Boylston Street, 14th Floor
Boston, MA 02118
Telephone:    (617) 937-2347
Facsimile:     (617) 937-2400

Attorneys for Plaintiff
ORIGIN MATERIALS OPERATING, INC.

Dated: November 28, 2023

By:  */s/  Jonathan S. Pink*
JONATHAN S. PINK

LEWIS BRISBOIS BISGAARD & SMITH LLP
JONATHAN S. PINK (179685)
Jonathan.pink@lewisbrisbois.com
DANIEL C. DECARLO (160307)
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone:    (213) 250-1800
Facsimile:     (213) 250-7900

Attorneys for Defendant
BLUETRITON BRANDS, INC.

**ATTESTATION PURSUANT TO CIV. L. R. 5-1(i)(3)**

I hereby attest that concurrence in the filing of this document has been obtained from counsel of record for the Defendant.

Dated: November 28, 2023

By: */s/ Brian J. Focarino*
BRIAN J. FOCARINO

Attorneys for Plaintiff
ORIGIN MATERIALS OPERATING, INC.

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

| Event | Deadline |
|---|---|
| Fact Discovery Closes | January 18, 2024 |
| Expert Reports | January 18, 2024 |
| Rebuttal Expert Reports | February 5, 2024 |
| Expert Discovery Closes | February 21, 2024 |
| Deadline to File Dispositive Motions and Daubert Motions | March 6, 2024 |
| Hearing Regarding Dispositive Motions and Daubert Motions | April 11, 2024, at 2:00 p.m. |
| Parties Exchange Final Witness Lists (including lay and expert witness statements), Final Deposition Designations, Final Exhibit Lists and one copy of all exhibits, Proposed Jury Instructions, Proposed Jury Verdict Forms | April 17, 2024 |
| Parties Exchange Objections to Witness Lists, Objections to Deposition Designations, Objections to Exhibits, Objections to Jury Instructions, Objections to Jury Verdict Forms, Rebuttal Deposition Designations | April 24, 2024 |
| Parties Exchange Objections to Rebuttal Deposition Designations | May 1, 2024 |
| Deadline to File Pretrial Statement, Deadline to File Motions in Limine, Deadline to file proposed questions for Voir Dire, proposed Verdict Forms, joint preliminary statement to be read to the jury, joint set of jury instructions (including agreed and contested instructions) | May 8, 2024 |
| Deadline for Parties to Make Good Faith Effort to Stipulate to Admissibility of Exhibits | May 8, 2024 |
| Deadline to File Oppositions to Motions in Limine | May 22, 2024 |
| Deadline for Parties to meet and confer regarding agreed-upon resolution of any objections | May 29, 2024 |
| Deadline for any party wanting daily transcript or realtime reporting to make arrangements with Court Reporter Supervisor | May 29, 2024 |
| Pretrial Conference | June 25, 2024, at 3:00 p.m. |
| Deadline to Provide Three Sets of Exhibits to Court | July 2, 2024 |
| Jury Trial (5 days) | July 15, 2024, at 8:30 a.m. |

DATED: 11/29/2023

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE