**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORIGIN MATERIALS OPERATING, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLUETRITON BRANDS, INC., <br><br> Defendant. | Case No. 4:22-cv-09138-HSG <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** <br><br> Complaint filed: December 28, 2022 |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

All parties, having been represented by counsel, and acting by and through said counsel, stipulate to voluntary dismissal of this action. The Court GRANTS the voluntary dismissal pursuant to Federal Rules of Civil Procedure Rule 41(a)(2).

**IT IS HEREBY ORDERED** as follows:

1. This action, including without limitation Defendant's motion to amend and assert various counterclaims and the proposed counterclaims themselves, is dismissed without prejudice in its entirety with neither party deemed the "prevailing party."

2. All parties shall bear their own costs and attorneys' fees incurred in this action; and

3. The Clerk is directed to close the file.

DATED this 5th day of January, 2024.

_____
JUDGE HAYWOOD S. GILLIAM, JR.